John White, Esq., S.B.#1741
White Law Chartered
Twentieth Century Building
335 West First St. Reno, NV 89503
775-322-8000
775-322-1228 (Fax)
john@whitelawchartered.com
Attorney for Debtor

E-filed on January 29, 2007

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:  )   Case no: BK-N-05-54727-gwz
          )   Chapter 7
          )
SCOTT K. GREENE,  )
          )   AFFIDAVIT OF CUSTODIAN OF
          )   RECORDS IN SUPPORT OF RESPONSE
          )   IN OPPOSITION TO MOTION FOR
    Debtor  )   PARTIAL SUMMARY JUDGMENT
_____)
          )   Adv. Proceeding No. 06-05009
RENA WELLS,  )
          )   Hearing Date: February 15, 2007
    Plaintiff,  )   Hearing Time: 2:00 p.m.
          )
vs.       )
          )
SCOTT K. GREENE,  )
          )
    Defendant.  )
_____)

Attached hereto is the Affidavit of Custodian of Records, executed by Louise Watson of the State Bar of Nevada, filed herewith in support of Defendant's Response in Opposition to Motion for Partial Summary Judgment.

Dated: January 29, 2007.

WHITE LAW CHARTERED

By_____
John White
Attorney for Defendant/Debtor

*Page 1 of 2, Affidavit of Custodian of Records in Support of Response in Opposition to Summary Judgment Motion*

WHITE LAW
CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

## AFFIDAVIT OF CUSTODIAN OF RECORDS

State of Nevada     ) ss
County of Clark     )

LOUISE WATSON deposes and says:

1. I am over the age of eighteen and competent to make this affidavit and testify to the contents thereof;

2. I am employed as a paralegal/investigator for the State Bar of Nevada Office of Bar Counsel and in that capacity serve as custodian of records;

3. That on February 22, 2005, the Supreme Court of the State of Nevada issued an Order of Disbarment by Consent regarding Mark L. Sturdivant, Bar Number 2652;

4. That in the normal course of business, the above-referenced Order would have been copied and mailed to all courts in the State of Nevada, and there is no evidence to suggest that this was not done in this instance;

5. That the above-referenced Order was published in the April 2005 edition of the *Nevada Lawyer* magazine, the official journal of the State Bar of Nevada, which is distributed to all Nevada-licensed attorneys.

DATED this 18th day of January, 2007.

_____
LOUISE WATSON

STATE OF NEVADA     )ss:
COUNTY OF CLARK     )

SUBSCRIBED AND SWORN to before me this 18th day of January, 2007.

_____
NOTARY PUBLIC



TARA DUENAS
NOTARY PUBLIC
STATE OF NEVADA
Date Appointment Exp: 07-20-2009
Certificate No: 05-96582-1

# CERTIFICATE OF SERVICE

1. On January 29, 2007, I served the following document: Affidavit of Custodian of Records in Support of Response in Opposition to Motion for Partial Summary Judgment.

2. I served the above-named document by the following means to the persons listed below:

   ✓ a. ECF System

   Geoffrey Giles        geofgiles@yahoo.com, giles.jeanne@gmail.com

   Anabelle Savage       angiesavage@sbcglobal.net, nv06@ecfcbis.com

   U.S. Trustee – RN 11  USTPRegion17.RE.ECF@usdoj.gov

   Jeffrey Hartman       notices@bankrupptcyreno.com

   ✓ b. United States mail, Postage fully prepaid

   Lance Van Lydegraf, Esq.
   526 Lander St.
   Reno, NV 89509

   I declare under penalty of perjury that the foregoing is true and correct.

   Signed on: January 29, 2007.

                                    _____
                                    Declarant, Leandro Romero

WHITE LAW CHARTERED LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

*Page 2 of 2, Affidavit of Custodian of Records in Support of Response in Opposition to Summary Judgment Motion*