# United States Bankruptcy Court
## District of Nevada

Case No. <u>06–05009–gwz</u>
Chapter 0

In re: (Name of Debtor)

Social Security No.:

## NOTICE OF ASSIGNMENT OF CLAIM AND PENDING ORDER THEREON

TO:
GEOFFREY GILES , Assignor
RENA WELLS , Assignee

**YOU ARE HEREBY NOTIFIED** an Assignment of Claim has been filed in this case by the Assignor named above. Pursuant to Federal Rule of Bankruptcy Procedure 3001(e), you are hereby notified that unless you file your objection within 20 days following the date of this notice, the following Order will become effective without further action by the Court. Any objection filed must be set for hearing and notice sent to the U.S. Trustee, Trustee, creditors, and all parties in interest.

**IT IS ORDERED** that RENA WELLS , Assignee, is hereby substituted for GEOFFREY GILES , Assignor, as a claimant against the estate herein, effective on the 21st day hereafter, absent the filing of a timely objection.

I hereby certify that on this date a copy of the within notice and attached Assignment of Claim was mailed to each of the parties named above.

Dated: 6/28/07

BY THE COURT

Patricia Gray
Clerk of the Bankruptcy Court