**Entered on Docket**
**November 05, 2008**

_____
**Hon. Gregg W. Zive**
**United States Bankruptcy Judge**

___

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | BK-N 05-54727-GWZ |
| SCOTT GREENE | |
|               Debtor (s) | CH 7 |
| _____/ | |
| RENA WELLS | ADV. 06-5009-GWZ |
|               Plaintiff (s) | |
| _____/ | |
| vs. | **ORDER OF DISMISSAL** |
| SCOTT GREENE | **OF ADVERSARY PROCEEDING** |
|               Defendant (s) | |
| _____/ | |

    A 20 Day Notice of Conditional Dismissal of Adversary was filed, and properly noticed to all interested parties on ____10/9/08_____.

Since there were no objections to the Notice of Conditional Dismissal of Adversary filed within the prescribed time,

    IT IS HEREBY ORDERED that the above-captioned adversary proceeding is dismissed without prejudice.

###